UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAJJA PLOWDEN,<br><br>         Plaintiff,<br><br>   -against-<br><br>CITY OF NEW YORK, et al.,<br><br>         Defendants. | 23-cv-2699 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 9, 2023, the Court issued a Notice of Reassignment. Dkt. 13. In response to that notice, the parties indicated that they were prepared to proceed to depositions if the scheduled mediation proved unsuccessful. Dkt. 14. On October 2, 2023, the final report of the mediator indicated that the mediation did not resolve any issue in the case.

  By **October 26, 2023, at 5:00 p.m.**, the parties shall file a joint letter updating the Court on the status of this case. The letter shall not exceed two pages. It shall address whether the parties have proceeded with discovery, and it shall propose deadlines for the remaining stages of discovery, as well as any potential summary-judgment motions.

  SO ORDERED.

Dated: October 23, 2023
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge