UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAJJA PLOWDEN,<br><br>                   Plaintiff(s),<br><br>     -against-<br><br>CITY OF NEW YORK et al.,<br><br>                   Defendant(s). | 23-cv-2699 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Discovery in this case closes today, April 1, 2024. Dkt. 23. By April 5, 2024, the parties shall jointly propose a summary-judgment briefing schedule.

    SO ORDERED.

Dated: April 1, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                             United States District Judge